UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:12-CR-110 JD |
| ) | |
| AURELIO A. GUERRA (02) ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on February 27, 2013 [DE 113]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Aurelio A. Guerra's plea of guilty, ACCEPTS the plea agreement, and FINDS the defendant guilty of Counts 2 and 5 of the Indictment, in violation of 21 U.S.C. § 841(a)(1) & (b), and 18 U.S.C. § 924(c)(1)(A).

SO ORDERED.

ENTERED:  March 20, 2013

/s/ JON E. DEGUILIO
Judge
United States District Court